IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ATLANTIC RADIOLOGY ASSOCIATES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FISERV SOLUTIONS, LLC; CSG FORTE PAYMENTS, INC., d/b/a FORTE; SUNTRUST MERCHANT SERVICES, LLC ; and XYZ COMPANY,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-237 |

**O R D E R**

Plaintiff filed its Complaint initiating this action on August 24, 2023. (Doc. 1.) On November 13, 2023, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice, stating its intent to dismiss the case with prejudice. (Doc. 16.) None of the Defendants have filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITH PREJUDICE**. (See id.) The Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 15th day of November, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA